■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD WILLIAM LYNN, Appellant.— Appeal by defendant: (1) from a judgment of the Supreme Court, Queens County, rendered January 22, 1963 after a jury trial, convicting him of knowingly concealing and withholding stolen property, and of petit larceny, and imposing sentence for the first crime and suspending sentence for the second; and (2) "from each and every intermediate order" as well as from an "order denying defendant's motion in arrest of judgment." Judgment affirmed. No opinion. Defendant has abandoned his appeal from the intermediate orders, including the order denying the motion in arrest of judgment (see 37 Misc 2d 461, treating such motion as one for a new trial). In any event, no separate appeal lies from such orders, which we have nevertheless reviewed on the appeal from the judgment (Code Crim. Pro., § 517, subd. 3). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MELVILLE ANDERSON, Also Known as HERBERT ANDERSON, Defendant, and FREDDIE MOORE, Appellant.— Appeal by defendant Moore from a judgment of the former County Court, Kings County, rendered June 11, 1962 after a jury trial, convicting him (and a codefendant Anderson) of robbery in the first degree and kidnapping, and sentencing him to serve a term of 10 to 20 years on the robbery charge, and a mandatory term of 20 years to life on the kidnapping charge, both sentences to run concurrently. Judgment affirmed. No opinion. [For affirmance of codefendant's judgment of conviction, see *People* v. *Anderson*, 18 A D 2d 1136; mot. for lv. to app. to Court of Appeals den., Desmond, Ch. J. July 1, 1963.] Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hopkins, JJ., concur.